IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DORIS CASSENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-372-GPM |
| | ) |
| **WILLIAM S. ALEXANDER, MICHAEL D. CASSENS, JOSEPH P. HASSLER, JOHN A. HUNTER, JR., DONALD L. METZGER, ROBERT L. PLUMMER, CHARLES B. UNGER, GEORGE H. WILLAREDT, ROBERT A. WETZEL, KAY SHARON CASSENS, MARK S. SHASHEK, and ALLEN CASSENS,** | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Plaintiff's motion for voluntary dismissal without prejudice of all claims asserted in this action. Having been fully considered by the Court, the motion (Doc. 30) is **GRANTED**, and this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

DATED: 1/18/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge